UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MOEIN MOHAMAD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AUTOMATED LOGIC CONTRACTING SERVICES, INC.,<br><br>　　　　　Defendant. | Civil Action No. _____<br><br><br>February 5, 2021 |

### DEFENDANT'S NOTICE OF REMOVAL

TO:　Clerk of the Court
　　　United States District Court District of Connecticut
　　　141 Church Street
　　　New Haven, CT 06510

**PLEASE TAKE NOTICE** that Defendant Automated Logic Contracting Services, Inc., ("Defendant") by its attorneys and pursuant to 28 U.S.C. §§ 1332(a) and 1441(b), respectfully submits this Notice of Removal with respect to the civil action entitled *Moein Mohamad v. Automated Logic Contracting Services, Inc.*, Docket No. NNH-CV-21-6110664-S (the "State Court Action"), from the Superior Court, Judicial District of New Haven, Connecticut to this Court.  In support of its Notice of Removal, Defendant states as follows:

**Timeliness of Removal**

1.　On January 13, 2021, Plaintiff Moein Mohamad ("Plaintiff") filed his Complaint (the "Complaint") in the Superior Court, Judicial District of New Haven, Connecticut (A true and correct copy of the Summons and Complaint is attached to this Notice as Exhibit A).  In his Complaint, Plaintiff alleges that Defendant unlawfully terminated his employment on June 8, 2020 because of his national origin and religion, and retaliated against him for opposing alleged unlawful discriminatory conduct, in violation of Conn. Gen. Stat. §§ 46a-60(b)(1) and (4) (Compl.

Count One ¶ 17; Count Two ¶ 17; Count Three ¶¶ 17-18.)

2. On January 7, 2021, Plaintiff served the Summons and a copy of the Complaint on Defendant's registered agent of service, CT Corporation (A true and correct copy of the Return of Service filed in the State Court Action is attached to this Notice as Exhibit B).

3. Defendant has appeared, but has not filed any pleadings in the State Court Action.

**Basis for Removal**

4. The basis for removal is diversity of citizenship under 28 U.S.C. § 1332, in that:

(a) Plaintiff is a citizen of the State of Connecticut (Compl. ¶ 1); and

(b) Automated Logic Contracting Services, Inc. is a citizen of the State of Delaware, in that it is a corporate entity existing under the laws of the State of Delaware and has its principal place of business in the State of Georgia. (*See* Declaration of Nopawan Butler ¶¶ 3-4, attached as Exhibit C).

5. Accordingly, this action is one in which none of the parties properly joined and served as a defendant is a citizen of the state in which the action was brought. 28 U.S.C. § 1441(b).

6. In addition, the amount in controversy in this action exceeds $75,000.00, exclusive of interest and costs. In his Complaint, Plaintiff demands, among other things: (i) compensation for lost wages; (ii) consequential losses; (iii) attorneys' fees and costs; and (iv) damages for emotional and psychological pain and suffering. (*See* Compl., ¶¶ 18-19, Counts One and Two and ¶¶ 19-20, Count Three.)

7. Plaintiff alleges he was terminated from his employment with Defendant on June 8, 2020. (Compl. ¶ 15.) As of that date, approximately seven months before he filed his Complaint, Plaintiff's pay rate was $120,800 annually. (Butler Decl., ¶ 5.) Plaintiff's alleged wage-related damages, alone, meet the jurisdictional threshold.[1] As reflected in his Complaint,

---

[1] While Plaintiff's Complaint and alleged damages place in controversy an amount that meets the jurisdictional minimum requirement, Defendant denies that Plaintiff has any damages.

however, Plaintiff seeks additional statutory damages.  Plaintiff claims that he "has suffered and will continue to suffer in the future, considerable emotional and psychological pain and suffering." (Compl. ¶¶ 20, Counts I-III.)  Plaintiff also seeks recovery of his "attorneys' fees and costs." (Compl. ¶¶ 19, Counts I-II; ¶ 21, Count III.)  Thus, it does not appear to a legal certainty that Plaintiff cannot recover in excess of $75,000.00 on his cause of action.  Because there is complete diversity of citizenship and the amount in controversy exceeds $75,000.00, this Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1332(a) and 1441(b).

7. Pursuant to 28 U.S.C. § 1446(d), Defendant will file written notice of the filing of this Notice of Removal, together with a copy of the Notice of Removal, with the Clerk of the Superior Court, Judicial District of New Haven, Connecticut.  Defendant will also promptly serve a copy of the notice filed with the Superior Court, Judicial District of New Haven, Connecticut on counsel for all adverse parties.

8. By filing this Notice of Removal, Defendant does not waive any defenses available at law, in equity, or otherwise.

9. The undersigned has read this Notice of Removal, and to the best of the undersigned's knowledge, information, and belief, formed after reasonable inquiry, certifies that Defendant's factual allegations have evidentiary support and its legal contentions are warranted by existing law.  The undersigned also certifies that this Notice of Removal is not interposed for any improper purpose, such as to harass, cause unnecessary delay or needless increase in the cost of litigation.

WHEREFORE, Defendant respectfully requests that the above-referenced civil action proceed in the United States District Court for the District of Connecticut, as an action properly removed to that court.

                                        Respectfully submitted,

                                        SEYFARTH SHAW LLP

                                        */s/ Kevin R. Brady*
                                        _____

                                        Anthony S. Califano
acalifano@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA  02210
(617) 946-4800 telephone
(617) 946-4801 facsimile

Kevin R. Brady
Kbrady@seyfarth.com
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, New York 10018-1405
(212) 218-5500 telephone
(212) 218-5526 facsimile

*Attorneys for Defendant*
*Automated Logic Contracting Services, Inc.*

Dated: February 5, 2021

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MOEIN MOHAMAD,<br><br>    Plaintiff,<br><br>v.<br><br>AUTOMATED LOGIC CONTRACTING SERVICES, INC.,<br><br>    Defendant. | Civil Action No. _____<br><br><br>February 5, 2021 |

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2021, a true and correct copy of DEFENDANT'S NOTICE OF REMOVAL was filed electronically with this Court and served via e-mail and Federal Express upon the following counsel of record for plaintiff:

> Megan L. Michaud
> Cicchiello & Cicchiello LLP
> 364 Franklin Avenue
> Hartford, CT 06114
> mmichaud@cicchielloesq.com

>                                      __/s/ Kevin R. Brady_____
>                                       Kevin R. Brady