# EXHIBIT A

# SUMMONS - CIVIL

JD-CV-1 Rev. 10-15
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov



See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 235 Church Street, New Haven, CT 06510 | ( 203 ) 503-6800 | January 26, 2021 |

| ☒ Judicial District / ☐ Housing Session | ☐ G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349): New Haven | Case type code (See list on page 2) Major: M  Minor: 90 |

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Cicchiello & Cicchiello, LLP, 364 Franklin Avenue, Hartford, CT 06114 | 419987 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| ( 860 ) 296-3457 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☒ Yes   ☐ No

Email address for delivery of papers under Section 10-13 (if agreed to): mmichaud@cicchielloesq.com

Number of Plaintiffs: 1   Number of Defendants: 1   ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Moein Mohamad  Address: 79 Four Bridge Road, Somers, CT 06071 | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: Automated Logic Contracting Services, Inc. 1150 Roberts Boulevard, Kennesaw, GA 30144  Address: Agent: CT Corporation System, 67 Burnside Ave, East Hartford, CT 06108 | D-01 |
| Additional Defendant | Name:  Address: | D-02 |
| Additional Defendant | Name:  Address: | D-03 |
| Additional Defendant | Name:  Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court / ☐ Assistant Clerk | Name of Person Signing at Left: MEGAN L. MICHAUD | Date signed: 12/29/2020 |

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

A TRUE COPY ATTEST
KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
DIFFERENT PERSON

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |

(Page 1 of 2)

| | |
|---|---|
| RETURN DATE: JANUARY 26, 2021 : | SUPERIOUR COURT |
| MOEIN MOHAMAD : | J.D. OF NEW HAVEN |
| : | AT NEW HAVEN |
| VS. : | |
| : | |
| AUTOMATED LOGIC CONTRACTING : | |
| SERVICES, INC. : | DECEMBER 29, 2020 |

## COMPLAINT

1. Plaintiff, Moein Mohamad, was at all times set forth herein, and remains, a resident of the Town of Somers in the State of Connecticut.

2. Defendant, Automated Logic Contracting Services, Inc. is a foreign corporation, organized and existing under the laws of the State of Georgia, with a business address of 1150 Roberts Boulevard, Kennesaw, GA 30144.

3. Plaintiff filed an administrative complaint with the Connecticut Commission on Human Rights and Opportunities on or about August 3, 2020, and received a Release of Jurisdiction letter dated December 18, 2020, which is attached hereto as **Exhibit A**. This action, being brought within ninety (90) days of aforesaid date, is timely.

4. Plaintiff was hired by the Defendant on or about December 15, 2014 as a Business Manager.

5. Plaintiff worked at the Defendant's Wallingford, Connecticut location.

6. Plaintiff is from Palestine.

7. Plaintiff is Muslim.

8. During Plaitniff's employment he supervised an employee, Rosalee Pelletier, who made a number of discriminatory and harassing comments to Plaintiff based on his National Origin and Religion.

9. Ms. Pelletier was continuously unprofessional and disrespectful to Plaintiff, who was her supervisor.

10. Ms. Pelletier made negative comments about Plaintiff's accent.

11. Ms. Pelletier commented that people born outside of the United States should not be in management.

12. In the last four months of Plaintiff's employment he raised several complaints with the Defendant Human Resources department about Ms. Pelletier's behavior and discriminatory comments.

13. Despite Plaintiff's complaints to Human Resources nothing was done and Ms. Pelletier's harassing and discriminatory actions continued.

14. The final complaint Plaintiff raised to Human Resources about Ms. Pelletier's discrimination was two days before the Plaintiff was terminated.

15. Plaintiff was then terminated on June 8, 2020.

16. Any and all reasons identified by the Defendant for Plaintiff's termination are pretext to mask unlawful discrimination and retaliation.

**COUNT ONE:** **RACE DISCRIMINATION AND WRONGFUL TERMINATION IN VIOLATION OF C.G.S. § 46a-60(b)(1)**

1. The Plaintiff repeats and re-alleges paragraphs 1 through 16 above, and incorporates them as paragraphs 1 through 16 of this First Count as if fully set forth herein.

17. The Plaintiff was discriminated against and terminated on account of his Race, in violation of Conn. Gen. Stat. § 46a-60(b)(1), as set forth above.

18. As a result of the foregoing unlawful conduct, Plaintiff has suffered, and will continue to suffer, lost wages and other consequential losses and damages.

19. As a further result of the foregoing unlawful conduct, the Plaintiff has incurred, and will incur in the future, attorney's fees and costs.

20. As a further result of the foregoing unlawful conduct, the Plaintiff has suffered and will continue to suffer in the future, considerable emotional and psychological pain and suffering.

**COUNT TWO:** **RELIGIOUS DISCRIMINATION AND WRONGFUL TERMINATION IN VIOLATION OF C.G.S. § 46a-60(b)(1)**

1. The Plaintiff repeats and re-alleges paragraphs 1 through 16 above, and incorporates them as paragraphs 1 through 16 of this First Count as if fully set forth herein.

17. The Plaintiff was discriminated against and terminated on account of his Religion, in violation of Conn. Gen. Stat. § 46a-60(b)(1), as set forth above.

18. As a result of the foregoing unlawful conduct, Plaintiff has suffered, and will continue to suffer, lost wages and other consequential losses and damages.

19. As a further result of the foregoing unlawful conduct, the Plaintiff has incurred, and will incur in the future, attorney's fees and costs.

20. As a further result of the foregoing unlawful conduct, the Plaintiff has suffered and will continue to suffer in the future, considerable emotional and psychological pain and suffering.

**COUNT THREE:** **RETALIATION IN VIOLATION OF CONN. GEN. STAT. § 46A-60(B)(4)**

1. The Plaintiff repeats and re-alleges paragraphs 1 through 16 above, and incorporates them as paragraphs 1 through 16 of this Third Count as if fully set forth herein.

17. The Plaintiff engaged in protected employment activities in opposing and speaking up against the Defendant's discriminatory and unlawful conduct, as set forth above.

18. The Defendant retaliated against the Plaintiff for engaging in the aforesaid opposition to discriminatory and unlawful conduct by, *inter alia*, subjecting him to further discriminatory conduct and ultimately discharging his employment.

19. As a result of the foregoing unlawful conduct of the Defendant, the Plaintiff has suffered, and will continue to suffer, lost wages, as well as other consequential losses and damages.

20. As a further result of the foregoing unlawful conduct of the Defendant, the Plaintiff has suffered and will continue to suffer in the future, considerable emotional and psychological pain and suffering.

21. As a further result of the foregoing unlawful conduct of the Defendant, the Plaintiff has expended, or will expend in the future, attorney's fees and costs.

THE PLAINTIFF
MOEIN MOHAMAD

By: /s/ Megan L. Michaud
Megan L. Michaud, Esq.
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, CT 06114
Tel: (860) 296-3457
Fax: (860) 296-0676
Juris No.: 419987
Email: mmichaud@cicchielloesq.com

A TRUE COPY ATTEST

KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

RETURN DATE: JANUARY 26, 2021     :     SUPERIOUR COURT

MOEIN MOHAMAD     :     J.D. OF NEW HAVEN
        VS.     :     AT NEW HAVEN

AUTOMATED LOGIC CONTRACTING     :
SERVICES, INC.     :     DECEMBER 29, 2020

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for the following relief:

1. Money damages;
2. Allowable costs;
3. Reasonably attorneys' fees;
4. Punitive Damages;
5. Reinstatement or front pay; and
6. All other awardable relief the Court deems just and proper.

THE PLAINTIFF
MOEIN MOHAMAD

By: _____
Megan L. Michaud, Esq.
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT 06114
Tel: (860) 296-3457
Fax: (860) 296-0676
Juris No.: 419987
Email: mmichaud@cicchielloesq.com

A TRUE COPY ATTEST
KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

| | | |
|---|---|---|
| RETURN DATE: JANUARY 26, 2021 | : | SUPERIOUR COURT |
| | : | |
| MOEIN MOHAMAD | : | J.D. OF NEW HAVEN |
| | : | AT NEW HAVEN |
| VS. | : | |
| | : | |
| AUTOMATED LOGIC CONTRACTING | : | |
| SERVICES, INC. | : | DECEMBER 29, 2020 |

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand exceeds $15,000.00, exclusive of interests and costs.

THE PLAINTIFF
MOEIN MOHAMAD

By: _____
Megan L. Michaud, Esq.
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, CT 06114
Tel: (860) 296-3457
Fax: (860) 296-0676
Juris No.: 419987
Email: mmichaud@cicchielloesq.com

A TRUE COPY ATTEST
KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

# **EXHIBIT A**

# STATE OF CONNECTICUT
# COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

Moein Mohamad
**COMPLAINANT**                                                    CHRO No. 2130071

vs.                                                                EEOC No. 16A-2020-01417

Automated Logic Corporation
**RESPONDENT**

## RELEASE OF JURISDICTION

The Commission on Human Rights and Opportunities hereby releases its jurisdiction over the above-identified complaint. The Complainant is authorized to commence a civil action in accordance with CONN. GEN. STAT. § 46a-100 against the Respondent in the Superior Court for the judicial district in which the discriminatory practice is alleged to have occurred, in which the Respondent transacts business or in which the Complainant resides. If this action involves a state agency or official, it may be brought in the Superior Court for the judicial district of Hartford.

A copy of any civil action brought pursuant to this release must be served on the Commission at ROJ@ct.gov or at 450 Columbus Blvd., Suite 2, Hartford, CT 06103 at the same time all other parties are served. Electronic service is preferred. **THE COMMISSION MUST BE SERVED BECAUSE IT HAS A RIGHT TO INTERVENE IN ANY ACTION BASED ON A RELEASE OF JURISDICTION PURSUANT TO CONN. GEN. STAT. § 46a-103.**

The Complainant must bring an action in Superior Court within 90 days of receipt of this release and within two years of the date of filing the complaint with the Commission unless circumstances tolling the statute of limitations are present.

**DATE:** December 18, 2020                                Tanya A. Hughes, Executive Director

Service:
Complainant's counsel:  mmichaud@cicchielloesq.com
Respondent's counsel:   jcarpentier@seyfarth.com